

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 12, 2024

**BY ECF**

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *United States v. Miguel Montero Estrella*, 23 Cr. 435 (NRB)

Dear Judge Buchwald

  The parties write to request a thirty-day adjournment of the status conference scheduled for January 16, 2024 at noon in the above referenced matter. Defense counsel is on trial in another matter, and thus has a scheduling conflict with the conference. Also, the parties are negotiating a pretrial resolution of this matter but need additional time to continue that discussion.

  Should the Court grant this request, the Government further requests that time be excluded under the Speedy Trial Act until the date of the next scheduled conference. The Government respectfully submits that the proposed exclusion would be in the interest of justice as it would allow the parties to continue their negotiations. Defense counsel consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:  Camille L. Fletcher
Camille L. Fletcher
Assistant United States Attorney
Southern District of New York
(212) 637-2383

```
The conference is
adjourned until
February 27, 2024, at
1:00 pm. Speedy trial
time excluded, 18 USC
§3161(h)(7)(A).


        NAOMI REICE BUCHWALD
        UNITED STATES DISTRICT JUDGE

Dated: January 12, 2024
       New York, New York
```