LAW OFFICE

BARRY A. WEINSTEIN, ESQ., P.C.

888 Grand Concourse Bronx,
New York 10451

bweinstein2248@gmail.com                                           Tel:(718) 665-9000
Cell: 973-985-9000

February 21, 2024

**BY ECF**

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: United States v. Miguel Montero Estrella
       Dkt. 23 Cr. 435 (NRB)

Dear Judge Buchwald:

 I represent the above captioned defendant who is scheduled for a status conference before your Honor on February 27, 2024, at 1 p.m. The defendant's family informed me that he no longer wants me to represent him. His family also advised me that they do not have the funds to pay me for my services and have not made a payment in many months. I am therefore respectfully requesting this Court relieve me from further representing Miguel Montero Estrella.

 I have discussed this matter with A.U.S.A. Fletcher today and she consents to my application to be relieved. At the conference on February 27, 2024, it is respectfully suggested this Court arrange to have either a CJA attorney or an attorney from the Federal Defenders present to take over the representation of Miguel Montero Estrella. Mr. Estrella needs the assistance of a Spanish interpreter.

    Thank you for your attention to and consideration of this request.

Application granted.                                           Respectfully submitted,
SO ORDERED.

                                                                                                _____/s/_____
                                                                                            Barry A. Weinstein

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
Dated: February 22, 2024
       New York, New York