**Federal Defenders**
**OF NEW YORK, INC.**

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

Southern District

April 19, 2024

By ECF

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York

**Re:  *United States v. Miguel Junior Montero Estrella*, 23 Cr. 435 (NRB)**

Dear Judge Buchwald:

I write to respectfully request a 45-day adjournment of the April 25, 2024 conference in this matter. The Government consents to this request. I make this request because my client and I have not completed a review of discovery, which was produced earlier this month and which is voluminous. In addition, the parties are discussing a possible resolution to this matter that will obviate the need for a trial, but those discussions are not yet complete. This is my first request for an adjournment.

Should the Court grant an adjournment, my client and I consent to an exclusion of time under the Speedy Trial Act until the adjourn date.

Thank you for your attention to this request.

Respectfully submitted,

/s/ Jonathan Marvinny

Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:   Camille Fletcher, Esq.

---

The conference is adjourned until June 11, 2024 at 11:00 am. Speedy trial time excluded, 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: April 19, 2024
       New York, New York