

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 6, 2024

**BY ECF**

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    **Re:** ***United States v. Miguel Montero Estrella*, 23 Cr. 435 (NRB)**

Dear Judge Buchwald

    The parties write to request a thirty-day adjournment of the status conference scheduled for June 11, 2024 at 11:00 a.m. in the above referenced matter. The parties are negotiating a pretrial resolution of this matter but need additional time to complete those negotiations.

    Should the Court grant this request, the Government further requests that time be excluded under the Speedy Trial Act until the date of the next scheduled conference. The Government respectfully submits that the proposed exclusion would be in the interest of justice as it would allow the parties to continue their negotiations. Defense counsel consents to this request.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

```
The conference is adjourned
until July 11, 2024 at 11:00
am.  Speedy trial time
excluded, 18 U.S.C. §
3161(h)(7)(A).
```

by:  Camille L. Fletcher
     Camille L. Fletcher
     Assistant United States Attorney
     Southern District of New York
     (212) 637-2383

**SO ORDERED.**

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: June 7, 2024
      New York, New York