# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

Southern District

August 8, 2024

By ECF

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York

Re: **United States v. Miguel Junior Montero Estrella**, 23 Cr. 435 (NRB)

Dear Judge Buchwald:

I write to respectfully request that the Court adjourn this matter (scheduled for August 13) and schedule a change-of-plea conference for September 17, 2024, at 12:30 p.m. The parties have reached a disposition in principle and Mr. Montero and I are finalizing our review of the Government's written plea offer.

Should the Court grant an adjournment, Mr. Montero and I consent to an exclusion of time under the Speedy Trial Act until the adjourned date.

Thank you for your attention to this request.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc: Camille Fletcher, Esq.

*So Ordered
Naomi Reice Buchwald, USDJ
8/8/24*