

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza. 37th Floor*
*New York, New York 10007*

December 26, 2024

**BY ECF**

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Miguel Montero Estrella*, 23 Cr. 435 (NRB)

Dear Judge Buchwald

    The Government writes to request a two-week adjournment of the sentencing scheduled for January 23, 2024 at 11:00 a.m. in the above referenced matter due to a scheduling conflict. Defense counsel consents to this request. This is the first request to adjourn the sentencing.

    Respectfully submitted,

    EDWARD Y. KIM
    Acting United States Attorney

by:   Camille L. Fletcher
    Camille L. Fletcher
    Assistant United States Attorney
    Southern District of New York
    (212) 637-2383

```
Application granted.  Defendant's sentencing is adjourned to
February 6, 2025 at 11:00 a.m.  In light of this adjournment,
defendant's sentencing submission will be due on January 16,
2025.  The Government's sentencing submission will be due on
January 23, 2025.
SO ORDERED.
```

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

```
Dated:   December 27, 2024
         New York, New York
```